IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR273 |
| DAVID HERNANDEZ, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

     IT IS ORDERED that the following is set for hearing on **October 31, 2006** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

     - Motion to Suppress [21] filed by the defendant.

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 3rd day of October, 2006.

                             BY THE COURT:

                             s/ F.A. Gossett
                             United States Magistrate Judge