IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR273 |
| | ) | |
| DAVID HERNANDEZ, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is the defendant's Motion to Withdraw Motion to Suppress [25]. The motion to withdraw is granted and the Motion to Suppress [21] is hereby deemed withdrawn.

IT IS SO ORDERED.

DATED this 2nd day of November, 2006.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge