IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR273 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DAVID HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On March 19, 2007, Susan M. Bazis made an oral motion to the court allowing her to withdraw as court-appointed counsel for the defendant David Hernandez [43] due to the fact that Ms. Bazis has been appointed to the Douglas County Court Bench.

IT IS ORDERED:

1. Susan M. Bazis' oral motion to withdraw as court-appointed counsel is granted;

2. That Beau G. Finley is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an entry of appearance.

3. Susan M. Bazis shall be deemed withdrawn as attorney of record and shall forthwith provide Beau G. Finley with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Bazis which are material to the defendant's defense.

4. That the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

DATED this 29th day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge